## 19219. GARMANY, for use, etc., *v.* SHAW.

BROYLES, C. J. Under the pleadings and the evidence adduced, a verdict in favor of the plaintiff was demanded, and the court erred in overruling the general grounds of the motion for a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1928.

*David F. Pope,* for plaintiff. *Rosser & Shaw,* for defendant.